No. 14–0411/AF. U.S. v. Joseph W. Yanez. CCA 38181. Appellant's **second** motion to extend time to file the supplement to the petition for grant of review granted up to and including March 31, 2014.

Tuesday, March 11, 2014

No. 14–0411/AF. U.S. v. Joseph W. Yanez. CCA 38181. On consideration of the motion filed by Captain Isaac C. Kennen for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new counsel has assumed representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

Wednesday, March 12, 2014

No. 12–0516/AF. U.S. v. Michael S. Tunstall. CCA 37592. On consideration of the granted issue, 73 M.J. 255 (C.A.A.F. 2014) (order granting review), and in view of